IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

AHMED KHALIFA,

    Petitioner,

v.

TRACY JOHNS,

    Respondent.

CIVIL ACTION NO.: 5:19-cv-103

## O R D E R

Respondent has moved to dismiss Petitioner's action for habeas corpus relief for failure to prosecute. Doc. 21. The Court **ORDERS** Petitioner to file a response to Respondent's Motion to Dismiss within 14 days of the date of this Order. If Petitioner does not file a response within 14 days, the Court may dismiss this action for failure to follow a Court Order. Additionally, if Petitioner does not file a response within 14 days, the Court will assume Petitioner does not object to dismissal of this action and may grant Respondent's Motion to Dismiss as unopposed.

**SO ORDERED**, this 12th day of November, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA