

FILED
John E. Triplett, Acting Clerk
United States District Court

*By CAsbell at 12:56 pm, Jan 04, 2021*

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| AHMED KHALIFA, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:19-cv-103 |
| | * | |
| v. | * | |
| | * | |
| TRACY JOHNS, | * | |
| | * | |
| Respondent. | * | |

**O R D E R**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 23.  Petitioner Ahmed Khalifa ("Khalifa") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Khalifa's 28 U.S.C. § 2241 Petition for failure to follow a Court Order, **DENIES as moot** Respondent's Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

AO 72A
(Rev. 8/82)

Khalifa *in forma pauperis* status on appeal.

**SO ORDERED**, this 4th day of January, 2021.

                                                                         _____
                                                                         HON. LISA GODBEY WOOD, JUDGE
                                                                         UNITED STATES DISTRICT COURT
                                                                         SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)